No. 90–5950. SPENCE *v.* TEXAS. Ct. Crim. App. Tex.; and No. 90–8175. WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.